CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
BRIAN HOYLE



**TWELFTH COURT OF APPEALS**

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/22/2015 1:23:11 PM
CATHY S. LUSK
Clerk

January 9, 2015

Ms. Jean Steptoe
District Clerk
Room 202, Courthouse
100 W. Columbia Street
San Augustine, TX 75972
* DELIVERED VIA E-MAIL *

**RE:** Case Number:              12-14-00165-CV
        Trial Court Case Number:   CV-12-9413-A

**Style:** Rodger C. Fussell
           v.
           D.D.B. Chicken Ranch, L.L.C.

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

C Mr. Bradley M. Kirklin (DELIVERED VIA E-MAIL)
C Ms. April M. Prince (DELIVERED VIA E-MAIL)
: Mr. Charles Jones II (DELIVERED VIA E-MAIL)

Mandate executed on _15_ day of _January_, 2015.

Brief explanation of action taken: _____

_____  _Jean Steptoe_  (District/County Clerk

# THE STATE OF TEXAS
# M A N D A T E

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE 273RD DISTRICT COURT OF SAN AUGUSTINE COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 30th day of October, 2014, the cause upon appeal to revise or reverse your judgment between

**RODGER C. FUSSELL, Appellant**

**NO. 12-14-00165-CV; Trial Court No. CV-12-9413-A**

By *per curiam* opinion.

**D.D.B. CHICKEN RANCH, L.L.C., Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 9th day of January, 2015.

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
Chief Deputy Clerk

FILED
AT 8:00 O'CLOCK A M
1-15 20 15
JEAN STEPTOE District Clerk
SAN AUGUSTINE, TEXAS
BY _____

2



# Court of Appeals
# Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00165-CV

## Trial Court No. CV-12-9413-A

**Rodger C. Fussell**

**Vs.**

**D.D.B. Chicken Ranch, L.L.C.**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | April G. Prince |
| Clerk's record | $320.00 | Attorney George Pigg |
| Reporter's record | $51.00 | April Gregston Prince |
| Required Texas.gov efiling fee | $20.00 | April G. Prince |
| Filing | $100.00 | April G. Prince |
| Indigent | $25.00 | April G. Prince |
| Supreme Court chapter 51 fee | $50.00 | April G. Prince |
| TOTAL: | $576.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 9th day of January 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk

**FILED**
AT 8:00 O'CLOCK ___ M
1-15 2015
JEAN STEPTOE District Clerk
SAN AUGUSTINE, TEXAS
BY _____